**PashmanStein**

Aidan P. O'Connor
Member of the Firm
aoconnor@pashmanstein.com
Direct: 201.270.4940
Cell: 973.842.1608

December 31, 2014

Hon. Michael A. Hammer
United States Magistrate Judge
United States Court House
50 Walnut Street
Newark, New Jersey 07101

Re:   *United States v. Keila Ravelo*
      <u>Magistrate No. 14-6800 (JAD)</u>

Dear Judge Hammer:

Enclosed is a proposed order modifying the conditions of release for Keila Ravelo. I have spoken with Deputy Chief Lisa Colone and she has consented to the entry of this order with the caveat that the defendant provide the Government with confirmation that the restraining order (#16) was received by Citibank.

Thank you for your courtesies in this matter.

Respectfully submitted,

*[signature]*

AIDAN P. O'CONNOR

cc:   Lisa Colone (via email)
      Andrew Kogan, AUSA (via email)
      Patrick Joyce, Esq. (via email)
      Elizabeth Auson, Pretrial Services Officer (via email)

Pashman Stein, PC
Court Plaza South
21 Main Street, Suite 100
Hackensack, NJ 07601
Phone: 201.488.8200
Fax: 201.488.5556
www.pashmanstein.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Michael A. Hammer |
| v. | : | Magistrate No. 14-6080 (JAD) |
| KEILA RAVELO | : | **ORDER MODIFYING CONDITIONS OF RELEASE** |

This matter having come before the Court upon the application of the defendant KEILA RAVELO, by her attorney Aidan P. O'Connor, Esq., for an order modifying the conditions of her release pursuant to Title 18 United States Code, Sections 3141, 3142(c) and 3143 to eliminate the condition of home confinement and location monitoring, and the United States of America, by Paul J. Fishman, United States Attorney for the District of New Jersey, (Andrew Kogan, Assistant U.S. Attorney, appearing) consenting to this modification; and the Court finding that defendant KEILA RAVELO has perfected the security for the bond imposed on December 22, 2014; and the Court being satisfied that the following modifications of the release conditions will reasonably assure the appearance of defendant KEILA RAVELO as required and will not endanger the safety of any other person and the community; and for good and sufficient cause shown;

WHEREFORE, it is on this ___ day of December, 2014,

2

ORDERED that the conditions of release imposed upon defendant KEILA RAVELO are modified by removing the conditions of home detention and electronic location monitoring from defendant KEILA RAVELO. All other bail conditions shall remain in full force and effect.

_____
HON. MICHAEL A. HAMMER
UNITED STATES MAGISTRATE JUDGE

2