Lawrence S. Lustberg
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
(973) 596-4500
*Attorneys for Defendant*
*Keila Ravelo*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KEILA RAVELO<br><br>Defendant. | Case No.: 14-6800-01<br><br>**ORDER GRANTING *PRO HAC VICE* ADMISSION OF STEVEN H. SADOW, ESQ.** |

THIS MATTER having been brought before the Court by Defendant Keila Ravelo, by and through their attorneys, Gibbons P.C., for the entry of an Order admitting Steven H. Sadow, Esq., to appear *pro hac vice* in the above-captioned matter; and the Court having considered the Certifications of Steven H. Sadow, Esq., and Lawrence S. Lustberg, Esq., in support thereof, and for good cause shown,

IT IS on this _9th_ day of January, 2015,

**ORDERED**

That Steven H. Sadow, Esq., 260 Peachtree Street Northeast, Atlanta, GA 30303 be and hereby is granted admission *pro hac vice* for the purpose of appearing as co-counsel in the within matter.

_____
Honorable Michael A. Hammer
United States Magistrate Judge
