#2171175 v1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KEILA RAVELO<br><br>Defendant. | Case No.: 14-6800-01<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Steven H. Sadow, Esq., hereby enters his appearance as counsel to be noticed for defendant Keila Ravelo in the above captioned matter.

                                      Steven H. Sadow, Esq.
                                      260 Peachtree Street Northeast,
                                      Atlanta, GA 30303
                                      stevesadow@gmail.com

                                By: *[signature]*
                                      Steven H. Sadow, Esq.

Dated: January 9, 2015

#2171175 v1
113258-89857